UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| PAUL A. GLEASON | CIVIL ACTION NO. 20-0734 |
| | SECTION P |
| VS. | |
| | JUDGE TERRY A. DOUGHTY |
| PAT SMITH | MAG. JUDGE KAREN L. HAYES |

## RULING

On August 17, 2020, Magistrate Judge Hayes issued a Report and Recommendation [Doc. No. 5] recommending that Plaintiff's civil rights action be dismissed without prejudice for failing to comply with her order to amend his Complaint [Doc. No. 4].

In response, Plaintiff filed an objection [Doc. No. 6]. In his objection, Plaintiff contends that he has been unable to obtain his medical records. However, Magistrate Judge Hayes did not asked that he provide medical records at this time. Rather, she asked that he amend his Complaint to provide more facts related to his claim. Plaintiff did not offer any reason why he failed to comply with her Order, nor did he offer additional facts as part of his objection. Accordingly, after a *de novo* review of the record, the Court finds that Magistrate Judge Hayes' Report and Recommendation is correct and that judgment as recommended therein is warranted. The Court will dismiss his case without prejudice.

MONROE, LOUISIANA, this 31st day of August, 2020

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE