**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **PAUL A. GLEASON** | **CIVIL ACTION NO. 20-0734** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **PAT SMITH** | **MAG. JUDGE KAREN L. HAYES** |

### JUDGMENT

The Court has considered the Report and Recommendation of the Magistrate Judge [Doc. No. 5], together with the Objection [Doc. No. 6] thereto filed with this Court, and conducted a *de novo* review of the record. The Court finds that the Magistrate Judge's Report and Recommendation is correct, and for those reasons, and for those additional reasons set forth in this Court's Ruling, judgment as recommended is warranted.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Paul A. Gleason's Complaint [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 31st day of August, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE